IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-01250-JLK**

**CHERYL MONTOYA,**

    Plaintiff,

v.

**SIERRA GRANDE SCHOOL DISTRICT R-30,
ROBERT A. RAEL, individually, and
STEPHANIE RICHARDS, f/k/a STEPHANIE HOWARD, individually,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Plaintiff has failed to respond to the Order to Show Cause issued by this Court on June 23, 2005. It is, therefore,

**ORDERED**, that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Dated this 11th day of July, 2005.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court